IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-60343
Summary Calendar
_____


STEVEN T. NICHOLS,

                                        Plaintiff-Appellant,

                        versus

JIMMY SIMMONS, ET AL.,

                                        Defendants-Appellees.
_____

Appeal from the United States District Court for the
Northern District of Mississippi
USDC No. 1:95-CV-130-S-D
_____

January 10, 1997
Before GARWOOD, JOLLY, and DENNIS, Circuit Judges.

PER CURIAM:[*]


     Steven T. Nichols was assaulted while in the drunk tank of the

Chickasaw County Jail.  The district court granted summary judgment

in favor of the defendants on Nichols's claim that the county's

policy allowing inmates to roam freely around the old part of the

jail demonstrated a deliberate indifference to the safety of

_____

     [*]Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

detainees.  Nichols has abandoned this issue on appeal.  <u>See</u> <u>Yohey</u> <u>v. Collins</u>, 985 F.2d 222, 225 (5th Cir. 1993).

For the first time on appeal, Nichols asserts that the Chickasaw County Sheriff's Office had a policy of using prison trusties to assist the deputies in policing the jail and that this policy demonstrates a deliberate indifference to the safety of pretrial detainees.  Nichols has not demonstrated plain error with respect to this claim.  <u>See</u> <u>Robertson v. Plano City of Tex.</u>, 70 F.3d 21, 23 (5th Cir. 1995) (citing <u>United States v. Calverley</u>, 37 F.3d 160, 162-64 (5th Cir. 1994) (en banc) (addressing "plain error" standard), <u>cert. denied</u>, 115 S.Ct. 1266 (1995), and <u>Highlands Ins. v. National Union Fire Ins. Co.</u>, 27 F.3d 1027 (5th Cir. 1994) (applying the <u>Calverley</u> standard to civil cases), <u>cert. denied</u>, 115 S.Ct. 903 (1995)).

A F F I R M E D.